IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| POLICE OFFICER KELLY NEAL | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 22-2210 |
| | : | |
| POLICE OFFICER JOSE DONES | : | |

## AMENDED SETTLEMENT CONFERENCE ORDER

Pursuant to the direction of the Honorable Mitchell S. Goldberg, a settlement conference will be held in Chambers before the Honorable David R. Strawbridge in Room 3030, 3rd Floor, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106 on **Tuesday, June 27, 2023** commencing **at 9:30a.m.   All other provisions on this Court's May 5, 2023 Order remain in full force and effect.**

BY THE COURT:

Date:   May 18, 2023

/s/ David R. Strawbridge, USMJ
David R. Strawbridge
United States Magistrate Judge
267-299-7790 – telephone

*This matter has been rescheduled from June 22, 2023.