IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| POLICE OFFICER KELLY NEAL | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| | : | |
| v. | : | NO. 22-2210 |
| | : | |
| POLICE OFFICER JOSÉ DONES, *et al.* | : | |
| | : | |
| *Defendants.* | : | |

**SETTLEMENT CONFERENCE ORDER**

A settlement conference will be held on **Monday, May 13, 2024,** at **10:00 AM.** before the Honorable José Raúl Arteaga, United States Magistrate Judge, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, in Courtroom 3H.

- Please notify the Court if settlement is not a real possibility.

- The conference will not be held unless counsel has clients with full and complete settlement authority physically present for the duration of the conference. Full and complete authority means the party's representative must possess authority consistent with the most recent demand.[1]

- If the defendant does not intend to make a settlement offer, or intends to offer only a nuisance value, defendant should arrange a telephone conference with chambers and counsel for plaintiff.

- If jointly requested by counsel, the judge is available for *ex-parte* telephone conferences with each side before the scheduled

---

[1] Parties include all persons, corporations or other business entities, and insurance companies with an interest in the case, and each entity with an interest in the case must attend the conference. In the case of corporate or other business entities, the corporate official with ultimate settlement authority is required to attend. Where an insurance company is involved, a representative with full and complete settlement authority is also required to attend.

settlement conference. Please contact chambers to arrange a pre-conference telephone call.

Please complete the attached summary and email it with the **confidential** case synopsis to **Chambers_Of_Magistrate_Judge_Arteaga@paed.uscourts.gov <u>on or before May 6, 2024.</u>** After receipt and review of the above summaries, the parties are to exchange updated settlement positions and submit a joint letter via email setting forth updated settlement positions **<u>on or before May 10, 2024</u>**.

                                                    **BY THE COURT:**

Jose R. Arteaga  
Digitally signed by Jose R. Arteaga  
Date: 2024.03.26 09:56:09 -04'00'

**HON. JOSÉ RAÚL ARTEAGA**  
*United States Magistrate Judge*  
*Eastern District of Pennsylvania*

Date:   March 26, 2024

**SETTLEMENT CONFERENCE SUMMARY**

**CAPTION:** _____

**DISTRICT COURT JUDGE:** _____

**TRIAL POOL DATE:** _____   JURY / NONJURY (Circle One)

**COUNSEL ATTENDING SETTLEMENT CONFERENCE:**
Name:     _____
Address:  _____
Phone:    _____
Client:   _____

**CLIENT ATTENDING SETTLEMENT CONFERENCE:**
Name of Individual with full and complete settlement authority who will be present at the settlement conference (include company and position where applicable):
_____

**MOTIONS PENDING:**
_____
_____
_____

**OTHER RELEVANT MATTERS:**
_____
_____
_____

**PRIOR DEMANDS/OFFERS (include demand/offer dates):**
_____
_____

**ATTACH SYNOPSIS OF CASE** (The synopsis will include a candid discussion of the submitting party's factual and legal strengths and weaknesses in the case as well as an offer/demand settlement proposal and **IS STRICTLY LIMITED TO NO MORE THAN FIVE (5) PAGES SINGLE SPACED.**) Counsel may attach particularly relevant trial exhibits to their submissions. If such exhibits are lengthy, the relevant portions must be delineated.