# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Kelly Neal, | CIVIL ACTION |
| Plaintiff, | |
| | Case No. 2:22-cv-02210 |
| v. | |
| City of Philadelphia and Jose Dones, | |
| Defendants. | |

## STIPULATION OF DISMISSAL OF DEFENDANT JOSE DONES AND ORDER

Plaintiff Kelly Neal and Defendants City of Philadelphia and Jose Dones, by and through the undersigned counsel, hereby stipulate to the dismissal with prejudice of Defendant Jose Dones as to all Claims made in the Complaint.

Dated: May 14, 2024                              Respectfully submitted,

**DEREK SMITH LAW GROUP PLLC**               **CLARK HILL PLC**

 /s/ Christopher J. DelGaizo                  /s/ Jessica D. Reilly
Christopher J. DelGaizo, Esquire             Jessica D. Reilly, Esquire
Attorney I.D. No. 200594                     Andrew P. Carroll, Esquire
1628 Pine Street                             jreilly@clarkhill.com
Philadelphia, PA 19103                       apcarroll@clarkhill.com
Phone:(215) 391-4790                         Two Commerce Square
chris@dereksmithlaw.com                      2001 Market Street, Suite 2620
                                             Philadelphia, Pennsylvania 19103
*Attorneys for Plaintiff, Kelly Neal*        (215) 640-8500

                                             *Attorneys for Defendant City of Phila.*

**PIETRAGALLO GORDON ALFANO
BOSICK AND RASPANTI, LLP**

 */s/ Angela L. Velez*
Gaetan J. Alfano, Esquire (32971)
Christopher A. Iacono, Esquire (202257)
Angela L. Velez, Esquire (330160)
1818 Market Street, Suite 3402
Philadelphia, PA 19103
*alv@pietragallo.com*
(215) 320-6017 (Telephone)
(215) 754-5173 (Telecopy)

*Counsel for Defendant Jose Dones*


Date: _____  Approved by: _____
   MITCHELL S. GOLDBERG, U.S.D.J.

## CERTIFICATE OF SERVICE

    I, Angela L. Velez, Esquire hereby certify that on this 13th day of May 2024, a true and correct copy of the foregoing Stipulation of Dismissal of Jose Dones, was served via ECF upon all parties of record.

                                              */s/ Draft*
                                               Angela L. Velez, Esquire

*9159221*